[No. 37504-4-II.　Division Two.　May 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW O'CONNOR, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 07-1-00258-6, Michael J. Sullivan, J., entered March 21, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 37540-1-II.　Division Two.　May 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS HOPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05242-1, Rosanne Buckner and Kitty-Ann van Doorninck, JJ., entered March 28, 2008. *Remanded* by unpublished opinion per Van Deren, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 37863-9-II.　Division Two.　May 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD GEORGE DICKINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 07-1-00185-4, Craddock D. Verser, J., entered June 13, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 27055-6-III.　Division Three.　May 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MELISSA C. WINTERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02522-8, Kathleen M. O'Connor, J., entered April 22, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kulik, J.